# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**In re:**                                                            **Case Number**  10–37019–KLP
**Chapter**  13

Barbara Brownson Snead

                                    Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

    In order to receive a discharge, you <u>must</u>

        Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

        The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  December 31, 2013                        William C. Redden , Clerk
                                                      United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

```
                            United States Bankruptcy Court
                              Eastern District of Virginia
In re:                                                                   Case No. 10-37019-KLP
Barbara Brownson Snead                                                   Chapter 13
       Debtor
                               CERTIFICATE OF NOTICE
District/off: 0422-7          User: manleyc                Page 1 of 2          Date Rcvd: Dec 31, 2013
                              Form ID: ntc4008             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2014.
db         +Barbara Brownson Snead,    407 South Laurel St.,    Richmond, VA 23220-6232
cr         +BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME,    SHAPIRO & BURSON,
             236 CLEARFIELD AVE, SUITE #215,    VIRGINIA BEACH, VA 23462-1893
10175542   +BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME,    BANKRUPTCY DEPT,   MAIL STOP CA6-919-01-23,
             400 NATIONAL WAY,    SIMI VALLEY, CA 93065-6414
10003340   +BAC Home Loans,   Bankruptcy Department,    P.O. Box 5170,    Simi Valley, CA 93062-5170
10003342   +Bon Secours Rich Health Cen,    Attn: CBO,   8508 Magellan Parkway,    Richmond, VA 23227
10099624    Bon Secours St. Mary’s Hospital,    c/o Greer P. Jackson, Jr., Esq.,
             Spinella, Owings & Shaia, P.C.,    8550 Mayland Drive,    Richmond, VA 23294-4704
10003343    C&F Finance Co.,    P.O. Box 38456-0656,   Henrico, VA 23231-0000
10003345    HSBC Card Services,    Bankruptcy Department,    P.O. Box 5253,    Carol Stream, IL 60197-5253
10003346   +ISPC,   c/o Michael D. Ginsberg,    1115 Gunn Highway,    Odessa, FL 33556-5328
10003347   +Law Office of Mark D. Stumer,    69 West 9th Street,    Suite B,   New York, NY 10011-8966
10003349   +PRA Receivables Management,    P.O. Box 12907,    Norfolk, VA 23541-0907
10003350   +Shapiro & Burson,    236 Clearfield Avenue,    Suite 215,    Virginia Beach, VA 23462-1893
10003338   ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,    RICHMOND VA 23218-2156
            (address filed with court: Commonwealth of Virginia,     Director of Finance,   P.O. Box 760,
             Richmond, VA 23218-0760)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10003341    E-mail/Text: banko@berkscredit.com Jan 01 2014 00:43:45     Bon Secours Phys. Practice,
             c/o Berks Credit & Collections,    P.O. Box 329,   Temple, PA 19560-0329
10003339   +Fax: 602-659-2196 Jan 01 2014 01:02:19     Check Systems,    Attn: Consumer Relations,
             7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
10003344   +E-mail/Text: bankruptcy@co.henrico.va.us Jan 01 2014 00:44:53     County of Henrico,
             Department of Finance,    P.O. Box 27032,   Richmond, VA 23273-7032
10254102    E-mail/Text: bankruptcy@co.henrico.va.us Jan 01 2014 00:44:53     HENRICO COUNTY, VIRGINIA,
             RHYSA GRIFFITH SOUTH,    ASSISTANT COUNTY ATTORNEY,    P.O. BOX 90775,
             HENRICO, VIRGINIA 23273-0775
10003337    E-mail/Text: cio.bncmail@irs.gov Jan 01 2014 00:43:30     Internal Revenue Service,
             P.O. Box 21126,    Philadelphia, PA 19114-0000
10003348    E-mail/Text: mmrgbk@miramedrg.com Jan 01 2014 00:44:13     MiraMed Revenue Group,   P.O. Box 536,
             Linden, MI 48451-0536
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Bank of America, N.A. successor by merger to BAC H
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2013 at the address(es) listed below:
         Carl M. Bates    station01@richchap13.com,
          station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
          om
         Jason Meyer Krumbein    on behalf of Debtor Barbara Brownson Snead jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
         Mitchell Goldstein    on behalf of Debtor Barbara Brownson Snead mitch@mitchellpgoldstein.com,
          goldsteinatlaw@gmail.com
         Susan C. Meyer    on behalf of Creditor    BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS
          SERVICING LP vabecf@logs.com
```

```
District/off: 0422-7          User: manleyc                Page 2 of 2                  Date Rcvd: Dec 31, 2013
                              Form ID: ntc4008             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Trenita J. Stewart    on behalf of Creditor    BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP vabecf@logs.com

                                                                                                       TOTAL: 5